AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM JOE MITCHELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:21-cv-34

V.

ED MARCHAN; and BOLAJI AREMU,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered May 25, 2021, Plaintiff's motion to voluntarily dismiss without prejudice all claims against Defendants Ed Marchan and Bolaji Aremu is granted.

This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: June 1, 2021

John E. Triplett, Acting Clerk
Clerk



(By) Deputy Clerk

GAS Rev 10/2020